80 P.3d 1000

# SUPREME COURT OF HAWAI'I

State v. Schillaci .................................. 24143     11/14/2003    Reversed